IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, a non-profit organization,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, as Secretary of the Department of the Interior; the UNITED STATES DEPARTMENT OF THE INTERIOR, a federal department, GREG SHEEHAN, as acting director of the U.S. Fish and Wildlife Service; and the UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency,<br><br>Defendants. | CV 17–118–M–DLC<br><br>ORDER |

Plaintiff WildEarth Guardians moves for the admission of John R. Mellgren to practice before this Court in this case with Matthew K. Bishop to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit John R. Mellgren *pro hac vice* (Doc. 4) is GRANTED on the condition that Mr. Mellgren does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally.

-1-

Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Mellgren within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 31st day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court