Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59603
Tel: 406-324-8011
bishop@westernlaw.org

John R. Mellgren, *application for pro hac vice pending*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Tel: 541-359-0990
mellgren@westernlaw.org

Kelly E. Nokes
WildEarth Guardians
P.O. Box 7516
Missoula, Montana 59807
Tel: 406-209-9545
knokes@wildearthguardians.org

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, a non-profit organization,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, as Secretary of the Department of the Interior; the UNITED STATES DEPARTMENT OF THE INTERIOR, a federal department; GREG SHEEHAN, as acting director of the U.S. Fish and Wildlife Service; and the | No. 17-cv-00118-DLC<br><br>RESPONSE TO THE STATE OF WYOMING'S MOTION TO INTERVENE |

UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency,

    Federal-Defendants.

On October 24, 2017, Counsel for Plaintiff, WildEarth Guardians, and counsel for the State of Wyoming (hereinafter "the Parties") conferred regarding the State of Wyoming's motion to intervene in this matter (Doc. 9). The Parties have agreed to work together and explore – in good faith – ways to structure intervention, case management, and briefing in this matter so as to minimize the burden on the Court and Parties and increase judicial efficiency. For this reason, Plaintiff, WildEarth Guardians, does not oppose the State of Wyoming's motion to intervene in this matter.

Respectfully submitted this 25th day of October, 2017.

/s/ Matthew K. Bishop
Matthew K. Bishop

/s/ John R. Mellgren
John R. Mellgren
*application for pro hac vice pending*

/s/ Kelly E. Nokes
Kelly Nokes

*Counsel for Plaintiff*

1

2

CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of October, 2017, I filed a copy of this document electronically through the CM/ECF system, which caused all ECF registered counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

     <u>/s/ Matthew K. Bishop</u>
     Matthew K. Bishop